```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723
```

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $22,230.00 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 362-2324675, HELD IN THE NAME ELIZABETH CARRION DBA LUIE'S RESTORATION & UPGRADES,<br><br>　　　　Defendant. | 2:08-CV-01080-MCE-GGH<br><br>APPLICATION AND ORDER FOR PUBLICATION |

　　　The United States of America, Plaintiff herein, applies for an order of publication as follows:

　　　1.　Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

　　　2.　Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

1

1    3.   The defendant Approximately $22,230.00 in U.S. Currency seized from Wells Fargo Bank Account Number 362-2324675, held in the name Elizabeth Carrion dba Luie's Restoration & Upgrades (hereafter "the defendant funds") were seized in the city of Sacramento, in Sacramento County, California.  The Department of the Treasury, Internal Revenue Service published notice of the non-judicial forfeiture of the defendant funds on January 15, 22, and 29, 2008 in <u>The Daily Recorder</u>.

     4.   Plaintiff proposes that publication be made as follows:

          a.   One publication;

          b.   In the following newspaper, a legal newspaper of general circulation, located in the county in which the defendant funds were seized: <u>The Daily Recorder</u>;

          c.   The publication is to include the following:

               (1)  The Court, title and number of the action;

               (2)  The date of the arrest/seizure;

               (3)  The identity and/or description of the property arrested/seized;

               (4)  The name, address, and telephone number of the attorney for the Plaintiff;

               (5)  A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Clerk and served on the attorney for the Plaintiff within 30 days after the date of publication;

               (6)  A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may

2

1  be entered and condemnation ordered;

2              (7) A statement that applications for
3  intervention under Fed. R. Civ. P., Rule 24 by persons claiming
4  maritime liens or other interests shall be filed within the 30
5  days allowed for claims for possession; and

6              (8) The name, address, and telephone number of
7  the U.S. Marshal and/or the Department of the Treasury, Internal
8  Revenue Service.

9  DATED: May 15, 2008                McGREGOR W. SCOTT
                                       United States Attorney

11                                     /s/ Kristin S. Door
                                       KRISTIN S. DOOR
12                                     Assistant U.S. Attorney

14                              **ORDER**

15      IT IS SO ORDERED.

16  Dated: 05/23/08              /s/ Gregory G. Hollows
                                 UNITED STATES MAGISTRATE JUDGE

$22,230.ord

3