McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CV-01080-MCE-GGH |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| APPROXIMATELY $22,230.00 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 362-2324675, HELD IN THE NAME ELIZABETH CARRION DBA LUIE'S RESTORATION & UPGRADES, | |
| Defendant. | |

This matter came before the Honorable Magistrate Judge Gregory G. Hollows on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant funds to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

 1.   This action arose out of a Verified Complaint for Forfeiture *In Rem* filed May 16, 2008.

 2.   Plaintiff United States of America has moved this

1

1 Court, pursuant to Local Rule A-540, for entry of default
2 judgment of forfeiture against potential claimant Elizabeth
3 Carrion.
4    3.   Plaintiff has shown that a complaint for forfeiture was
5 filed; that potential claimant Elizabeth Carrion received actual
6 notice of the forfeiture action; that any and all other unknown
7 potential claimants have been served by publication; and that
8 grounds exist for entry of a final judgment of forfeiture.
9    Therefore, IT IS RECOMMENDED as follows:
10    4.   That Elizabeth Carrion be held in default;
11    5.   That plaintiff's motion for default judgment and final
12 judgment of forfeiture be granted;
13    6.   That a judgment by default be entered against any right,
14 title or interest of potential claimant Elizabeth Carrion in the
15 defendant funds;
16    7.   That a final judgment be entered, forfeiting all right,
17 title and interest in the defendant funds to the United States of
18 America, to be disposed of according to law.
19    8.   That the Default Judgment and Final Judgment of
20 Forfeiture lodged herein be signed by the Honorable Morrison C.
21 England, Jr. and filed by the Clerk of the Court.
22 Dated: 10/16/08

                                /s/ Gregory G. Hollows
                                _____
                                GREGORY G. HOLLOWS
                                United States Magistrate Judge

25 $22,230.00.fr